Andrew G. Deiss (7184)
Darren K. Nelson (7946)
Corey D. Riley (16935)
DEISS LAW PC
10 W 100 S, Ste. 425
Salt Lake City, UT 84101
Tel:   801.433.0226
adeiss@deisslaw.com
dnelson@deisslaw.com
criley@deisslaw.com
*Attorneys (via limited appearance)
for Defendant Pam Alford*

FILED
2019 SEP 19 AM 10:39
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| BLOCKCHAIN SOFTWARE SERVICES, LLC, a Utah limited liability company; and CONNECTWARE, LLC, a Utah limited liability company;<br><br>Plaintiffs,<br><br>-vs-<br><br>JOFF PARADISE, an individual; AI TRADES; PAM ALFORD, an individual; ANTHONY TORRESO; an individual; and DOES 1-10<br><br>Defendants. | **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT PAMELA ALFORD WITH PREJUDICE**<br><br>Case No. 2:19-cv-00239-BSJ |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Pamela Alford, through their respective counsel, have stipulated and jointly moved this Court to dismiss Defendant Pamela Alford from the above-

captioned matter, with prejudice and on the merits, with the respective parties bearing their own costs and attorneys' fees.

This Court, having reviewed the Stipulation and Joint Motion to Dismiss Pamela Alford with Prejudice, and for good cause appearing, hereby ORDERS:

1. The Joint Motion to Dismiss Defendant Pamela Alford with Prejudice is GRANTED, and the respective parties shall bear their own costs and attorneys' fees.

DATED this 19th day of September, 2019.

By: _____
Honorable Judge Bruce S. Jenkins

**Approved as to form:**

DEISS LAW PC

/s/ Darren K. Nelson
Darren K. Nelson
Dated: 18th day of September, 2019


PIA ANDERSON MOSS HOYT


/s/ Jared Moss
Jared Moss **(with permission)**
Dated: 18th day of September, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2019, I caused a true and correct copy of the foregoing **ORDER GRANTING JOINT MOTION TO DISMISS PAMELA ALFORD WITH PREJUDICE** to be served upon all counsel of record via e-file notification.

/s/ *Darren K. Nelson*